# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KUMARBEK ASANOV,<br><br>                                Petitioner,<br><br>v.<br><br>PATRICK DIVVER, Field Office Director of Enforcement and Removal Operations, et al.,<br><br>                                Respondents. | Case No.:  26-CV-638 JLS (BLM)<br><br>**ORDER DISMISSING CASE**<br><br>(ECF No. 5) |

On February 18, 2026, the Court granted in part Petitioner's Petition for Writ of Habeas Corpus ("Order," ECF No. 5), and Petitioner was provided a bond hearing (ECF No. 6).  Petitioner's attorney requested attorney's fees under the Equal Access to Justice Act. *See* ECF No. 1 at 12.  In the Court's Order, Petitioner's attorney was given thirty (30) days from the date of the Order to "submit an attorney fee application and corresponding billing records."  Order at 5.  Thirty days from the date of the Order have come and gone, and Petitioner's attorney has not submitted an attorney fee application. *See generally* Docket.

/ / /

/ / /

/ / /

Therefore, counsel's request for attorney's fees is **DENIED WITHOUT PREJUDICE**.  As this concludes the litigation in the matter, the Clerk shall **CLOSE** the file.

**IT IS SO ORDERED.**

Dated:  March 23, 2026

Hon. Janis L. Sammartino
United States District Judge

26-CV-638 JLS (BLM)